**Order entered January 22, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00038-CV

## IN RE MICHAEL ALLYN CONNER AND IESI SOLID WASTE SERVICES, Relator

**Original Proceeding from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 04-2044**

## ORDER

The Court has before it relators' petition for writ of mandamus. Based on the Court's opinion of this date, we **DENY** relators' Petition for Writ of Mandamus. We **ORDER** that relators bear the costs of this original proceeding.

/s/ LANA MYERS
   JUSTICE